# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carey, Kevin J. | United States Bankruptcy Court for the District of Delaware | 07/12/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Executive Committee, Board of Directors | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual and Treatise | $10,000.00 |
| 2. 2017 | St. John's University (teaching) | $7,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ████████ LLC (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | January 19-20, 2017 | Atlantic City, NJ | Conference Attendee | Lodging, Other Meals, Mileage, Program Fee (including reception and meals) |
| 2. | American Bankruptcy Institute | January 24, 2017 | Alexandria, VA | Eye on Bankruptcy (Panelist) | Amtak Fare, Meals, Local Transportation |
| 3. | New York Institute of Credit | January 25, 2017 | Newark, NJ | Meet Your Mentor (Panelist) | Amtrak Fare, Lodging, Meals, Train Station Parking |
| 4. | Turnaround Management Association | January 31-February 3, 2017 | Las Vegas, NV | Distressed Investing Conference (Panelist and Attendee) | Airfare, Lodging, Other Meals, Airport Parking, Program Fee (including reception and meals) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 07/12/2018 |

| 5. | American Bankruptcy Institute | March 1-March 3, 2017 | Las Vegas, NV | VALCON (Panelist) | Airfare, Lodging, Airport Parking, Program Fee (including reception and meals) |
| 6. | American Bankruptcy Institute | March 5-7, 2017 | New York, NY | Duberstein Moot Court Competition (Judge) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 7. | M&A Advisors | March 22-24, 2017 | Palm Beach, FL | Think Tank Summit (Panelist) | Airfare; Lodging, Car Rental, Airport Parking, Program Fee (including reception and meals) |
| 8. | St. John's University School of Law | March 30-April 1, 2017 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 9. | American Bankruptcy Institute | April 20-23, 2017 | Washington, DC | Annual Spring Meeting and Executive Committee Meeting (Board Member and Panelist) | Lodging, Other Meals, Mileage, Tolls, Hotel Parking, Program Fee (including reception and meals) |
| 10. | Maryland Bankruptcy Bar Association | May 4-6, 2017 | Annapolis, MD | Spring Break Weekend (Panelist) | Lodging, Mileage, Tolls, Other Meals, Program Fee (including meals) |
| 11. | American Bankruptcy Institute | May 18, 2017 | New York, NY | New York City Bankruptcy Conference (Panelist) | Amtrak Fare, Local Transportation; Train Station Parking |
| 12. | Turnaround Management Association | June 6-7, 2017 | Atlantic City, NJ | Mid-Atlantic Symposium (Panelist) | Lodging, Other Meal, Mileage, Tolls, Program Fee (including reception and meals) |
| 13. | Association of Insolvency and Restructuring Advisors | June 8-10, 2017 | Dallas, TX | AIRA Annual Conference (Panelist) | Lodging, Airfare, Airport Parking, Local Transportation, Other Meals, Program Fee (including reception and meals) |
| 14. | American Bankruptcy Institute | June 12-13, 2017 | New York, NY | Executive Committee Meeting (Board Member) | Amtrak Fare, Lodging, Local Transportation, Train Station Parking |
| 15. | New York Institute of Credit | June 14, 2017 | New York, NY | Annual Banquet (Attendee) | Amtrak Fare, Lodging, Local Transportation, Train Station Parking, Program Fee (including meals) |
| 16. | Turnaround Management Association | July 25-28, 2017 | Dana Point, CA | TMA Western Conference (Panelist) | Airfare, Lodging, Other Meals, Airport Parking, Program Fee (including reception and meals) |
| 17. | American Bankruptcy Institute | August 3-6, 2017 | Hershey, PA | Mid-Atlantic Bankruptcy Workshop (Panelist) | Lodging, Program Fee (including reception and meals) |
| 18. | American Bankruptcy Institute | September 6-9, 2017 | San Diego, CA | Southwest Bankruptcy Conference (Panelist) | Airfare, Lodging, Meals, Airport Parking, Program Fee (including reception and meals) |
| 19. | St. John's University School of Law | September 21-23, 2017 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 20. | Rutgers University School of Law | October 4, 2017 | Newark, NJ | Bankruptcy Court Decisions (Panelist) | Amtrak Fare, Train Station Parking |
| 21. | National Conference of Bankruptcy Judges | October 8-12, 2017 | Las Vegas, NV | Annual Conference (Panelist/Attendee) | Airfare, Lodging, Other Meals, Program Fee (including reception and meals) |
| 22. | American College of Bankruptcy | October 17, 2017 | Washington, DC | Georgetown Views from the Bench (Panelist) | Amtrak Fare, Train Station Parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 07/12/2018 |

| | | | | |
|---|---|---|---|---|
| 23. | University of Pennsylvania Law School | October 20, 2017 | Philadelphia, PA | Bankruptcy Symposium (Panelist) | Parking |
| 24. | Turnaround Management Association | October 23-24, 2017 | Fort Worth, TX | Annual Conference (Panelist) | Airfare, Lodging, Other Meals, Airport Parking, Program Fee (including reception and meals) |
| 25. | American Bankruptcy Institute | November 8, 2017 | Alexandria, VA | Membership Committee Orientation (Chairman) | Amtrak Fare, Train Station Parking |
| 26. | American Bankruptcy Institute | November 29-December 2, 2017 | LaQuinta, CA | Winter Leadership Conference/Executive Committee Meeting (Board Member and Panelist) | Airfare, Lodging, Other Meals, Local Transportation, Airport Parking, Program Fee (including reception and meals |
| 27. | American Bankruptcy Institute/St. John's University School of Law | December 7, 2017 | New York, NY | Mediation Training (Panelist) | Amtrak Fare; Local Transportation; Train Station Parking |
| 28. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank VISA/MasterCard | Credit Card | J |
| 2. | American Express Optima | Credit Card | K |
| 3. | Aviant Master Card (formerly Barclaycard) | Credit Card | J |
| 4. | American Express | Credit Card | K |
| 5. | TD Bank | Credit Card | J |
| 6 | Navient | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.          LLC 401(k)-Investments Trustee directed | C | Dividend | M | T | | | | | |
| 2.    Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3.    PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**Section VI. Liabilities (changes from 2016 Disclosure Report)**

Item No. 1 -- Citibank is both Visa and MasterCard accounts

Item No. 6 -- Sears is no longer reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/12/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Kevin J. Carey

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544